**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| College Chefs, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| The Omicron Club Inc. d/b/a Pi Kappa Phi Fraternity, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **COMPLAINT**

Plaintiff, College Chefs, LLC ("College Chefs"), by and through its counsel, Richard R. Harden and Casey L. Bales of Thomas Mamer, LLP and Nicole Mueller of K&L Gates LLP, for its Complaint (the "Complaint") against defendant The Omicron Club, Inc. d/b/a Pi Kappa Phi Fraternity ("Pi Kappa Phi") (together, with College Chefs, the "Parties" and each a "Party"), hereby states and alleges as follows:

1. This action arises from Pi Kappa Phi's breaches of its contract with College Chefs. The parties entered into a food services agreement (the "Agreement") pursuant to which College Chefs acted as Pi Kappa Phi's food service provider through its employee, Jeff Wilson. The Agreement contained a termination provision, which required Pi Kappa Phi to provide timely notice of its intent to terminate the Agreement. The Agreement also contains a provision prohibiting Pi Kappa Phi, its board members, and affiliates from hiring College Chefs' employees for one calendar year after College Chefs' contracts with those employees cease (the "Non-Solicitation Provision"). Pi Kappa Phi breached the contract by attempting to terminate the Agreement without providing timely notice and hired Jeff Wilson to provide food services to its fraternity members within the prohibited one-year period. College Chefs notified Pi Kappa Phi of its material breaches, to which Pi Kappa Phi failed to respond. As a result, College Chefs has been forced to bring suit to recover the amounts owed to it under the Parties' contract.

**THE PARTIES, JURISDICTION AND VENUE**

2. Plaintiff College Chefs is an Illinois limited liability corporation with its principal place of business in Champaign, Illinois.

3. Upon information and belief, Pi Kappa Phi is an Alabama corporation with its principal place of business in Tuscaloosa, Alabama.

4. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332(a)(2) because there is complete diversity of citizenship between the parties to this action and the amount in controversy exceeds $75,000, exclusive of interest and costs. The Court also has jurisdiction over this matter because the Parties contractually agreed and consented to the exclusive jurisdiction of the state and federal courts of Champaign County, Illinois over disputes between them. *See* Food Service Agreement, attached hereto as Exhibit "A" at p.2 (the "Forum Selection" provision).

5. Venue is proper in this court for the same reason. Ex. A at Forum Selection, p. 3.

**BACKGROUND**

6. College Chefs is a food service provider for college campuses across the Midwest. College Chefs provides these services through their chef employees who manage daily meal and kitchen services for sorority and fraternity house members.

7. The Parties executed the Agreement on July 21, 2016. The Agreement sets forth the specific services to be provided, including but not limited to, (1) food and labor costs; (2) kitchen upkeep; (3) food preparation; (4) washing of pots and pans; (5) cleaning of cooking areas, surfaces, and beverage machines; and (6) trash removal. Ex. A. at 2. The Agreement further provides for the cost of those services as well as the duration of the contract. The Parties agreed to a contract term of one academic year, which is to be renewed annually unless timely notice is given. Ex. A at 1.

8. Specifically, the parties agreed to the following:

This agreement will remain in effect for the remainder of the initial academic year with an

> auto-renewal included for consecutive academic years. Parties must notify the other by April 1st prior to the next academic year if they so choose not to renew for the next academic year.

Ex. A at Termination Provision, at p. 2.

9. Accordingly, to prevent the Agreement from renewing for a subsequent academic year, Pi Kappa Phi was required to notify College Chefs by April 1, 2019.

10. In addition, Pi Kappa Phi (referred to as "Fraternity/Sorority Chapter" in the Agreement) further agreed:

> EMPLOYEES OF COLLEGE CHEFS LLC: Fraternity/Sorority Chapter acknowledges that all employees of College Chefs, LLC, who perform work for Fraternity/Sorority Chapter under this agreement, are in fact employees of College Chefs, LLC. Fraternity/Sorority Chapter, including its members, corporation board and any affiliated parties agree that the term of this agreement and until one calendar year after the end of the academic year in which this agreement is terminated, neither Fraternity/Sorority Chapter nor any of its members, corporation board or affiliated parties, including any companies and business entities which contract with Fraternity/Sorority Chapter to provide any food management services, will hire or retain any person who is or has been employed by College Chefs, LLC to provide services under this contract at any time during the academic year of this contract or was employed by College Chefs, LLC during the preceding academic year whether or not the employee provided services to that Fraternity/Sorority Chapter during that preceding year. If Fraternity/Sorority Chapter breaches any obligation contained in this paragraph, Fraternity/Sorority Chapter shall be liable to and shall pay College Chefs, LLC on demand, damages in the amount of $45,000 for each employee with respect to whom such breech shall occur, it being mutually agreed that the actual damages which would be sustained by College Chefs, LLC as the result of such breach would be, from the nature of the case, impractical or extremely difficult to fix, and the aforesaid liquidated amount is fair and reasonable. Fraternity/Sorority Chapter will be liable for all of its obligations notwithstanding that the subject employee has not been hired or directly retained by the Fraternity/Sorority Chapter.

Ex. A at Non-Solicitation Provision, at p. 3.

11. College Chefs fulfilled its obligations under the Agreement by acting as Pi Kappa Phi's food service provider for the initial term of one academic year and two additional, renewed one-year terms.

12. Specifically, College Chefs rendered the services prescribed by the Agreement through its employee, Jeff Wilson.

13. Most recently, College Chefs performed work at Pi Kappa Phi during the 2018-2019 academic year.

14. As of April 1, 2019, Pi Kappa Phi had given no indication to College Chefs that it intended to terminate the Agreement. Therefore, pursuant to the Termination Provision, the Agreement renewed for the 2019-2020 academic year.

15. Instead, on July 3, 2019, Pi Kappa Phi sent a letter to College Chefs purporting to terminate the Agreement in breach of the terms of the Agreement (the "Termination Letter"), and, upon information and belief, retained Holt Hospitality to replace College Chefs as its food service provider for the 2019-2020 academic year.

16. Upon information and belief, Holt Hospitality is owned by Justin Holt ("Holt"), a member of Pi Kappa Phi's Housing Corporation Board.

17. Upon further information and belief, Holt Hospitality hired Jeff Wilson to provide food services to Pi Kappa Phi within the timeframe contemplated by the Non-Solicitation Provision.

18. The Non-Solicitation Provision prohibits Pi Kappa Phi or any of its "members, corporation board and any affiliated parties, including any companies and business entities which contract with [Pi Kappa Phi] to provide any food management services" from hiring or retaining any person who is or has been employed by the Company during the preceding academic year. Ex. A, Non-Solicitation Provision, p. 3.

19. By letter on November 19, 2019, College Chefs provided notice to Pi Kappa Phi that it had breached the terms of their Agreement. College Chefs informed Pi Kappa Phi that it expected Pi Kappa Phi to cure its material breaches no later than seven days from receipt of the notice. A true and correct copy of the letter dated November 19, 2019 from College Chefs to Pi Kappa Phi is attached hereto as Exhibit "B."

20. College Chefs further informed Pi Kappa Phi in the November 19, 2019 letter that if it failed to provide such written assurances, College Chefs would be forced to consider all of its legal remedies available to it under the Agreement and at law.

21. To date, Pi Kappa Phi has not responded to the letter.

22.     Pi Kappa Phi agreed that, should it breach the Non-Solicitation Provision, it would be liable to College Chefs in the amount of $45,000 for each employee, notwithstanding that the subject employee was not hired or directly retained by Pi Kappa Phi.  Ex. A at Non-Solicitation Provision, p. 3.  The liquidated damages figure was a reasonable approximate of the damages College Chefs could have been expected to incur upon such a breach.

23.     Additionally, Jeff Wilson remains subject to a post-employment restrictive covenant and confidentiality agreement with College Chefs (the "Restrictive Covenant/Confidentiality Agreement"), which prohibits Wilson, during his employment and for a period of twenty-four months after the date of termination of employment from engaging in competition with College Chefs.  The Restrictive Covenant/Confidentiality Agreement further requires Wilson to protect and not use or disclose College Chefs' confidential information.  College Chefs reiterated this information to Pi Kappa Phi in the November 19, 2019 letter.

24.     College Chefs has lost profits expected and suffered costs because of Pi Kappa Phi's direct violation of the Agreement.  These losses are in addition to the $45,000 liquidated damages figure in the contract.  They were also incurred because the defendant's direct interference with the Restrictive Covenant/Confidentiality Agreement College Chefs had with Jeff Wilson.

**COUNT I**
**BREACH OF CONTRACT - TERMINATION PROVISION**

25.     College Chefs restates and realleges paragraphs 1 through 24 of this Complaint as if fully restated herein.

26.     The Agreement between College Chefs and Pi Kappa Phi is a valid and enforceable contract.

27.     Should a party to the Agreement choose not to renew the Agreement for the following academic year, it is required to notify the other party by the 1st of April preceding the next academic year.  *See* Ex. A at Termination Provision, p. 2.

28. Pi Kappa Phi did not notify College Chefs by April 1, 2019 that it intended to terminate the Agreement, which renewed the Agreement for the 2019-2020 academic year.

29. By attempting to terminate the Agreement after April 1, 2019 and retaining Holt Hospitality as its replacement food service provider for the following academic year, Pi Kappa Phi breached the Agreement.

30. College Chefs fully performed its obligations under the Agreement.

31. As a direct and proximate result of Pi Kappa Phi's breach, College Chefs has suffered expectation damages in an amount to be determined at trial.

32. College Chefs is entitled to recover its damages resulting from Pi Kappa Phi's material breach of the Agreement.

## COUNT II
## BREACH OF CONTRACT - NON-SOLICITATION PROVISION

33. College chefs restates and realleges paragraphs 1 through 24 of this Complaint as if fully restated herein.

34. The Agreement between College Chefs and Pi Kappa Phi is a valid and enforceable contract.

35. The Agreement prohibits Pi Kappa Phi, its members, corporation board, and affiliates, "including any companies and business entities which contract with [Pi Kappa Phi] to provide any food management services from hiring or retaining any person who is or has been employed by the Company during the preceding academic year." Ex. A at Non-Solicitation Provision, p. 3.

36. Jeff Wilson was employed by College Chefs for the 2018-2019 academic year.

37. Jeff Wilson was subsequently employed by Holt Hospitality to provide food services to Pi Kappa Phi for the following academic year.

38. Pi Kappa Phi breached the Agreement by retaining Holt Hospitality, a company that contracted with Wilson to provide food services on its behalf, during a time when Wilson was still employed by College Chefs.

39. The Agreement further provides that Pi Kappa Phi "shall be liable to and shall pay College Chefs . . . on demand . . . $45,000" in liquidated damages in the event that Pi Kappa Phi breaches the aforementioned terms. Ex. A at Non-Solicitation Provision, p. 3.

40. The Agreement states that the Parties "mutually agreed" that such liquidated damages are fair and reasonable in light of the "nature of the case" and that a breach of the Non-Solicitation Provision would be "impractical or extremely difficult to fix." Ex. A at Non-Solicitation Provision, p. 3.

41. As a direct and proximate result of Pi Kappa Phi's breach of the Non-Solicitation Provision, College Chefs is entitled to recover $45,000 in liquidated damages under the terms of their Agreement.

**WHEREFORE,** Plaintiff College Chefs respectfully requests this Court entered judgment in its favor, against Defendant The Omicron Club, Inc. d/b/a Pi Kappa Phi and enter an order with the following relief:

A. Awarding College Chefs actual damages for its liquidated damage and lost profits, including post-judgment interest;

B. Granting College Chefs such other relief as the Court deems just and proper.

Plaintiff demands trial by jury.

Dated: April 24, 2020.

COLLEGE CHEFS, LLC, PLAINTIFF

THOMAS MAMER LLP

*/s/ Richard R. Harden*
RICHARD R. HARDEN, ARDC #6185447

*/s/ Casey R. Bales*
CASEY R. BALES, ARDC #6329412

THOMAS MAMER LLP
30 Main Street, Suite 500
Champaign, IL 61824-0560
(217) 351-1500
RRH@thomasmamer.com
CRB@thomasmamer.com

K&L GATES LLP

Motion for Admission Forthcoming

*/s/ Nicole C. Mueller*
NICOLE C. MUELLER, ARDC #6309735
70 w. Madison Street, Suite 3300
Chicago, IL 60602
(312) 807-4294
Nicole.mueller@klgates.com

*Attorneys for Plaintiff*

8



# Food Service Agreement

| Pi Kappa Phi | Alabama |
|---|---|

FSA Created By: Kirstin Ashman | 217.552.2099

| | |
|---|---|
| Current Date: 2/6/15 | 1st Day of Service: Wednesday, August 17, 16 |
| House: Pi Kappa Phi | Contact: Hamilton Hurd |
| School: Alabama | Position: Chapter President |
| City, State & Zip: Tuscaloosa, AL, 35401 | Phone: 205-242-2964 |
| Address: 130 University Blvd | Email: hwhurd@crimson.ua.edu |
| | Initial Term/Year: Fall 2016 |

| College Chefs' (aka CC) Service Description | Projected # of Members (Primary): 150 | Projected Meal attendance will be for the 'Primary' number indicated to the left plus any members outlined in the service description below (if any). |
|---|---|---|

| Days/Time of Service: | Hot Breakfast: 7am-9:30am | | Lunch: 11:30am-1:30pm | | Dinner: 5:30pm-6:30pm | |
|---|---|---|---|---|---|---|
| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| Hot Breakfast: | | X | X | X | X | X | |
| Lunch: | | X | X | X | X | X | |
| Dinner: | X* | X | X | X | X | | |

'X' denotes service

**Meal/Menu Description:** Standard lunch & dinner is served buffet style and a custom weekly menu is developed for the chapter based on the chapter's particular tastes and desires (where applicable, this also applies to hot breakfast). Sample menus can be viewed at www.collegechefs.com/Menus. "Late Plate" service is standard with advance notice. To-Go options and Sack Lunches are not included as part of service.

**Chapter Dinner & Guest Policy:** Chapter dinner is to be a standard dinner to be provided for members on contract. Unless otherwise noted, special arrangements (ie: servers or dining room set-up) are chapter responsibility. Guest meals are not included by default and College Chefs will prepare meals for the stated number of members described in the agreement.

**Salad:** Gold
A rotation of items like fresh tomatoes, lettuce, green peppers, cucumbers, carrots, mushrooms, watermelon, strawberries, pineapple, and other fruits & vegetables will be brought into the house on a daily basis. College Chefs' staff will wash, slice, and chop these items providing fresh fruit and a salad bar as a complement to lunch & dinner.

**Breakfast:** Gold + Hot Breakfast
Cereal (2-3 different types) with whole fruit such as apples, bananas, and oranges will be provided for members. In addition, members will have access to an assortment of bagels with cream cheese and other condiments.

**24hr Snacks:** Gold
$25 / term per member
In addition to having 24-hour access to fresh fruit, bread, and PB&J, the chapter has selected a premium snack package to be delivered on a regular basis (described below in a weekly allotment). The snack package will be pre-determined and can be changed only periodically. Changes to the snack package are NOT to be handled by the Chef, but rather email snacks@collegechefs.com for more information. Product availability varies by geographic region.

**Beverages:** Gold + Gatorade
On days of service, 2 types of white milk, and Juice will be provided for house members. For Lunch & Dinner either iced tea or iced fruit infused water.

**Juice Details:** 2 types of juice available for hot breakfast only. Gatorade available 24/7 although College Chefs staff will not be on site to restock; amount of Gatorade product provided is capped at up to $200/week. Basic coffee & coffee service available for hot breakfast and self-brew. Nestle espresso machine will be provided.

**Dessert:** Platinum
A freshly made dessert will accompany three meals per week.

**Cleaning Service:** Platinum
As the most full service option, College Chefs will be responsible for cleaning up the dining hall following lunch & dinner. In addition to maintaining a clean kitchen, College Chef's staff will wash all dishes and silverware, breakdown any serving tables, and manage the storage of leftovers. Chapter will have very limited responsibility for cleaning the dining hall immediately following hot breakfast (if applicable), lunch, & dinner service although dining room floor is a shared responsibility & wall cleaning is a chapter responsibility. Cleaning of the dining hall outside of post-meal cleanup is not in the scope of College Chefs' services and is a chapter responsibility. | College Chefs will provide Dish Machine Chemicals. | A member of College Chefs' staff will remain at the chapter through the stated end of dinner time and including a sufficient amount of time thereafter to provide for a thorough cleaning of the facility as described. | In cases where a service is altered beyond a standard meal, College Chefs cleaning service is subject to change & limitation.

**Pre-Paid Events:** $0

**Special Instructions:**
College Chefs will include the cost of tailgates for 7 home football games for up to 300 people per game. BBQ items such as hamburgers and pulled pork will be provided along with items like coleslaw, potato salad, etc for tailgates. *On the weekends that there aren't tailgates, College Chefs will provide a Sunday night dinner the entirety of the school year.

Pre-semester service is **not** included (ie: Recruitment, WorkWeek, Pre-semester Rush). Service will start on the first day of class.

| | $/Term | # of Members | Term Subtotal | # of Terms | Initial Academic Year: |
|---|---|---|---|---|---|
| Primary Meal Plan Rate: | $970.00 | 150 | $145,500.00 | 2 | $291,000.00 |
| Secondary Meal Plan: | $0.00 | 0 | $0.00 | 2 | $0.00 |
| Tertiary Meal Plan: | $0.00 | 0 | $0.00 | 2 | $0.00 |
| Additional Snack Charges: | $25 | 150 | $3,750 | 2 | $7,500 |
| Prepaid Events: | $0.00 | N/A | $0.00 | N/A | $0.00 |
| | | Term Total: | $149,250.00 | Initial Academic Year Total: | $298,500.00 |

Contract price INCLUDES any applicable taxes and is on a per-term basis. Contract minimum is 130 members.

After the deposit (if applicable), the first payment of $32511.11 is due on 08-15-2016. See Page 3 for Additional Payment Details.

Unless other arrangements are made, meal service is typically suspended on Official University Holidays.

Page 1 of 4

Initial Here: wd / wd

TMJ   DT   TMJ

**Exhibit A**

**Service Includes:**
- All food and labor costs. Upkeep of kitchen following daily, weekly, and monthly duties.
- Responsibilities for College Chefs staff include food preparation, washing of pots & pans, cleaning of cooking areas and surfaces, cleaning of beverage machines, mopping of kitchen, removal of trash from kitchen and due to food preparation.
- College Chefs assumes liability for its employees. College Chefs adheres to all public health guidelines and regulations.
- College Chefs will accommodate for most dietary restrictions such as vegetarian, kosher, lactose intolerance, and gluten-free. However, because College Chefs does not own the facility, coupled with the uncontrolled nature of fraternity/sorority chapter houses in which it operates, College Chefs cannot be liable for peanut, treenut, shellfish, or any other life-threatening allergies.
- College Chefs may require documentation for certain dietary requests such as gluten-free.
- Late Plate service is standard and is included. Late Plates are defined as a serving of the normal lunch or dinner option served for a given meal. Members are required to sign up in advance of meal service for a Late Plate to be portioned off and reserved for the member. Sack Lunch or to-go meal services are NOT included unless otherwise noted.

**Chapter Responsibilities:**
- All paper products not related to food preparation area and food preparation itself (such as toilet paper, napkins, hand towels).
- Provide all utilities, appliances, cooking & serving equipment including any maintenance & repair; ensure that all equipment and kitchen is ready to go prior to the start of the academic year. Where service is not possible due to chapter & chapter facility not meeting requirements, no refund is offered.
- Provide a basic first-aid kit. Provide access to laundry machine or provide towel service in lieu of. Provide access to WiFi.
- If using College Chefs, coordinate Special Events/Philanthropies with College Chefs' Special Event Coordinator and adhere to College Chefs' guidelines.
- House will pay the difference if it so chooses to use disposable plates, cups, clamshells, takeout foam, and/or silverware.
- Cleaning supplies necessary for areas excluding food preparation area -- such as soaps, polish, garbage bags.
- ~~Provide parking for College Chefs' staff. Provide parking pass for College Chefs' staff if parking on site is not available.~~ College Chefs will provide parking for all members of College Chefs staff.
- House will adhere to clean-up guidelines laid out on Page 1 of this FSA. Chapter not meeting clean-up responsibilities may result in a delay or suspension of service with no refund offered.
- Where chapter is providing staff (ie: Hashers, "House Boys", Servers) for special event set-up, chapter dinner clean-up, after-meal/event clean-up, etc., chapter is responsible for sourcing and managing that staff.
- Where applicable, chapter will acquire appropriate kitchen certification from local municipalities.
- Chapter agrees not to disclose this document or financial details with College Chefs' staff.

**Additional Details:**
- Unless other arrangements are made with College Chefs, meal service begins on the first day of the term and ends on the last day of the term (including finals week) as defined by the College/University and is exclusive of official university holidays, vacations, and breaks.   Initial Here: _wd_
- **Meal times are not easily changed once a service agreement has been finalized.**
- Unless otherwise noted, College Chefs staff will not be present for Continental Breakfast as it is typically restocked the previous day. Where continental breakfast is the first "meal" of the week, College Chefs may request chapter designee to unlock or put out Continental Breakfast the evening prior so that it is available in the early morning. | Generally speaking, snacks items and items such as milk are intended to be stocked for days of service only (unless otherwise spelled out in this agreement). | Milk is provided on days of service only unless otherwise noted. Milk consumption is expected to not exceed 1.2 gallons/week per full mealplan on contract.

- The number of members is subject to change with advance notice to College Chefs, LLC's Champaign office before the beginning of the Fall or Spring semester or 30 days before the next monthly billing installment due date. Roster changes are subject to the minimum indicated on page 1.
- Gender of College Chefs' staff may be male or female.
- Unless otherwise noted, catering services for special events (parent's weekend, homecoming, initiation dinner, etc.) are not included. Special events menus and pricing will be negotiated in advance. All payments for special events (with the exception of optional tips/gratuities) should be made directly to College Chefs office in Champaign, IL. College Chefs requests a limit of 2 Special Events per year where event date falls on a day where there is usually no service unless arrangements are made prior to the academic year. College Chefs requests a 6-week notice for all special events that fall on days of no service.

- This agreement will remain in effect for the remainder of the initial academic year with an auto-renewal included for consecutive academic years. Parties must notify the other by April 1st prior to the next academic year if they so choose not to renew for the next academic year. College Chefs will not increase price more than the USDA's Consumer Price Index (CPI for Food -- on average less than 3% since the year 2000). Price increase may occur without advanced notice.

Pi Kappa Phi        Alabama

Exhibit A

| Total Charge for: | | Payment Information for the initial year of service: |
|---|---|---|
| Two Terms | $291,000.00 | # of Remaining Payments: 9 |
| | | Payment Amount: $32,611.11 |
| Pre-Paid Events | $0.00 | |
| Snack Charges: | $7,500.00 | 1st Payment Due on: August 15, 2016 |
| | | 2nd Payment Due on: September 15, 2016 |
| | | Last Payment Due on: April 15, 2017 |
| | | Until further notice: please send all payments to College Chefs' address listed near the bottom of Page 3. |
| Deposit: | ($5,000.00) | Unless other arrangements are made with College Chefs monthly payments are due on corresponding day for each month in between 2nd and last payment. A 1% per day fee may be applied to any late payments. |
| Remaining Balance: | $293,500.00 | |
| Special Notes or Arrangements: | | |

Following the initial year of service, the first payment for the academic year is generally due 30-days prior to the start of the semester.

EMPLOYEES OF COLLEGE CHEFS LLC: Fraternity/Sorority Chapter acknowledges that all employees of College Chefs, LLC, who perform work for Fraternity/Sorority Chapter under this agreement, are in fact employees of College Chefs, LLC. Fraternity/Sorority Chapter, including its members, corporation board and any affiliated parties agree that the term of this agreement and until one calendar year after the end of the academic year in which this agreement is terminated, neither Fraternity/Sorority Chapter nor any of its members, corporation board or affiliated parties, including any companies and business entities which contract with Fraternity/Sorority Chapter to provide any food management services, will hire or retain any person who is or has been employed by College Chefs, LLC to provide services under this contract at any time during the academic year of this contract or was employed by College Chefs, LLC during the preceding academic year whether or not the employee provided services to that Fraternity/Sorority Chapter during that preceding year. If Fraternity/Sorority Chapter breaches any obligation contained in this paragraph, Fraternity/Sorority Chapter shall be liable to and shall pay College Chefs, LLC on demand, damages in the amount of $45,000 for each employee with respect to whom such breech shall occur, it being mutually agreed that the actual damages which would be sustained by College Chefs, LLC as the result of such breach would be, from the nature of the case, impractical or extremely difficult to fix, and the aforesaid liquidated amount is fair and reasonable. Fraternity/Sorority Chapter will be liable for all of its obligations notwithstanding that the subject employee has not been hired or directly retained by the Fraternity/Sorority Chapter.

FORUM SELECTION: Any and all disputes arising out of, in connection with, or relating to this food service agreement and/or the transactions and relationships among the associated parties and parties contemplated by this agreement shall be governed by ~~Illinois~~ Alabama law, and shall be decided solely and exclusively by State or Federal courts located in Champaign County, Illinois.

Accepted By:
Pi Kappa Phi
Alabama

*Walt Dendy*
Walt Dendy (Jul 21, 2016)

Signature  **Please sign above and initial at the bottom of each page.

Walt Dendy
Printed Name

Date: Jul 21, 2016

President Omicron Club
Title

This agreement is with:
College Chefs LLC
currently located at:
411 E Park Street #100
Champaign, IL 61820

Page 3 of 4

Initial Here: *wd*

TMJ   DT   TMJ

Exhibit A



## Weekly Snack Supply

| Pi Kappa Phi | Alabama | # of members: | 150 |
|---|---|---|---|
| | | Charge per term/person: | $25.00 |

| Type of Snack (Units per Case) | # Units/Case | # Cases | # of Units |
|---|---|---|---|
| College Chefs' Brand Peanut Butter Pretzel (25) | 25 | 0 | 0 |
| College Chefs' Brand Yogurt Pretzel & Blueberry Mix (25) | 25 | 0 | 0 |
| College Chefs' Brand Granola Almonds & Cranberry Mix (25) | 25 | 1 | 25 |
| College Chefs' Brand Sour Gummies (25) | 25 | 0 | 0 |
| Snyders Mini Pretzels (48) | 36 | 1 | 36 |
| Frito-Lay Variety Mix (50) | 50 | 2 | 100 |
| Nature Valley Sweet/Salty Granola Bars (30) | 30 | 0 | 0 |
| Austin's PB Sandwhich Crackers (45) | 45 | 0 | 0 |
| Quaker Chewy Granola Bars Variety Pack (48) | 48 | 2 | 96 |
| Kellogg's Mixed Berry Fruit Snacks (70) | 70 | 2 | 140 |
| Planters Salted Peanuts (48) | 48 | 2 | 96 |
| ACT II 3oz Popcorn bags (28) | 28 | 1 | 28 |
| Slim Jim Smoked Snacks (100) | 100 | 2 | 200 |
| Austin Zoo Animal Crackers (36) | 36 | 0 | 0 |
| ChezIt Crackers 1.5oz (36) | 36 | 1 | 36 |
| Rice Krispies Variety Pack (40) | 40 | 2 | 80 |
| Maruchan Instant Lunch Chicken Flavor in cup (24) | 24 | 0 | 0 |
| Ramen Noodles (36) | 36 | 0 | 0 |
| Kraft Easy Mac (18) | 18 | 0 | 0 |
| Chef Boyardee Beef Ravioli 15oz cans (10) | 10 | 0 | 0 |
| Campbells Chicken Noodle Soup (12) | 12 | 0 | 0 |
| Campbells Tomato Soup (12) | 12 | 0 | 0 |
| Motts Apple Sauce Variety Pack (36) | 36 | 0 | 0 |
| Del Monte Lite Fruit Cups Variety (24) | 24 | 0 | 0 |
| Yoplait Light Yogurt Variety Pack 6oz cups (18) | 18 | 0 | 0 |
| Yoplait Greek Blended Yogurt, Variety Pk 5.3 oz. cups (18) | 18 | 0 | 0 |
| Nature Valley Dark Chocolate Granola Thins (36) | 36 | 0 | 0 |
| Kellogg's Pop Tarts Frosted Strawberry 2pk (x18 2pks) | 36 | 0 | 0 |
| Kellogg's Pop Tarts Frosted Brown Sugar 2pk (x18 2pks) | 36 | 0 | 0 |
| Quaker Instant Oatmeal Variety Pack (52) | 52 | 0 | 0 |
| Gourmet Vegetable Tray 4lbs w/ Ranch (~12 servings) | 12 | 0 | 0 |
| Santa Fe Tortillas, Whole Grain (20ct) | 20 | 0 | 0 |
| Oscar Meyer Ham & Turkey 6in. Sub Kit (16) | 16 | 0 | 0 |

College Chefs will supply snacks. Rationing of snacks is typically a chapter responsbility.

| Total # of Snack Units per Week: | 837 |
|---|---|
| Approximate weekly snack items per person: | 5.6 |

Any changes or requests to alter the composition of the snack package are to be directed to snacks@collegechefs.com -- Please include the chapter name and university in the subject line of the email. PLEASE DO NOT CONTACT THE CHEF FOR CHANGES TO THE WEEKLY SNACK SUPPLY.

*Due to variables in the marketplace some brands and/or items listed above may not be readily available 100% of the time, however a similar product or item will be provided. In a case where snack service is not available, College Chefs will refund chapter pro-rated snack fees.

It is possible that, snacks may be delivered to the house on a monthly or bi-weekly basis. In cases where snacks are not supplied weekly an increased amount will be supplied to offset the difference.

Initial Here: wd

TMJ  DT  TMJ

Exhibit A

**K&L GATES**

November 25, 2019

Nicole C. Mueller
nicole.Mueller@klgates.com

T +1 312 807 4341
F +1 312 827 8000

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Mr. Matthew Jones
Jones Law & Associates, P.C.
31 McFarland Boulevard, Suite 200
Northport, Alabama 35476

Mr. Justin Holt
Holt Hospitality
1530 McFarland Boulevard N.
Tuscaloosa, Alabama 35406

VIA UNITED STATES POSTAL SERVICE,
FIRST CLASS MAIL

Mr. Matthew Jones
Jones Law & Associates, P.C.
P.O. Box 1939
Tuscaloosa, Alabama 35403

Re:   Notice of Breach of Agreement between Pi Kappa Phi and College Chefs LLC

Dear Sirs:

    This law firm is legal counsel to College Chefs, LLC (hereinafter referred to as the "Company"). On the basis of the facts provided below, I write to advise that Pi Kappa Phi is in breach of its contract with the Company, and to demand that the Company remedy its breaches by reinstating the Company as its food service provider.

    Pi Kappa Phi and the Company entered into a Food Service Agreement on July 21, 2016 (the "Agreement," a copy of which is attached hereto). In entering into the Agreement, Pi Kappa Phi (referred to as "Fraternity/Sorority Chapter" in the Agreement) agreed to certain terms, including the following:

> EMPLOYEES OF COLLEGE CHEFS LLC: Fraternity/Sorority Chapter acknowledges that all employees of College Chefs, LLC, who perform work for Fraternity/Sorority Chapter under this agreement, are in fact employees of College Chefs, LLC. Fraternity/Sorority Chapter, including its members, corporation

EXHIBIT B

> board and any affiliated parties agree that the term of this agreement and until one calendar year after the end of the academic year in which this agreement is terminated, neither Fraternity/Sorority Chapter nor any of its members, corporation board or affiliated parties, including any companies and business entities which contract with Fraternity/Sorority Chapter to provide any food management services, will hire or retain any person who is or has been employed by College Chefs, LLC to provide services under this contract at any time during the academic year of this contract or was employed by College Chefs, LLC during the preceding academic year whether or not the employee provided services to that Fraternity/Sorority Chapter during that preceding year. If Fraternity/Sorority Chapter breaches any obligation contained in this paragraph, Fraternity/Sorority Chapter shall be liable to and shall pay College Chefs, LLC on demand, damages in the amount of $45,000 for each employee with respect to whom such breech shall occur, it being mutually agreed that the actual damages which would be sustained by College Chefs, LLC as the result of such breach would be, from the nature of the case, impractical or extremely difficult to fix, and the aforesaid liquidated amount is fair and reasonable. Fraternity/Sorority Chapter will be liable for all of its obligations notwithstanding that the subject employee has not been hired or directly retained by the Fraternity/Sorority Chapter.

Agreement at page 3 (the "Non-Solicitation Provision"). Pi Kappa Phi further agreed to the following:

> This agreement will remain in effect for the remainder of the initial academic year with an auto-renewal included for consecutive academic years. Parties must notify the other by April 1st prior to the next academic year if they so choose not to renew for the next academic year.

Agreement at page 2 (the "Termination Provision"). The Company fulfilled its obligations under the Agreement by acting as Pi Kappa Phi's food service provider for the initial term under the Agreement and two additional, renewed one-year terms. Most recently, the Company performed work at Pi Kappa Phi during the 2018-2019 academic term through its employee, Mr. Jeff Wilson.

**EXHIBIT B**

Pi Kappa Phi did not notify the Company by April 1, 2019 that it had decided not to renew for the next academic year, and therefore the Agreement auto-renewed for the 2019-2020 academic term.

Notwithstanding the auto-renewal of the Agreement for 2019-2020, Pi Kappa Phi attempted to belatedly terminate the Agreement in breach of the terms of the Agreement and has retained Holt Hospitality as the Company's replacement food service provider. The Company understands that Holt Hospitality is owned by Mr. Justin Holt, a member of Pi Kappa Phi's Housing Corporation Board. The Company further understands that Holt Hospitality has hired Mr. Wilson to provide food management services in violation of the terms of the Agreement. Specifically, the Non-Solicitation Provision prohibits Pi Kappa Phi or any of its "members, corporation board and any affiliated parties, including any companies and business entities which contract with [Pi Kappa Phi] to provide any food management services" from hiring or retaining any person who is or has been employed by the Company during the preceding academic year. Pi Kappa Phi agreed that, should it breach this provision, it would be liable to the Company for damages in the amount of $45,000 for each employee, notwithstanding that the subject employee was not hired or directly retained by Pi Kappa Phi.

Moreover, despite his resignation, Mr. Wilson remains subject to a post-employment restrictive covenant and confidentiality agreement with the Company (the "Restrictive Covenant/Confidentiality Agreement"), which prohibits Mr. Wilson, during his employment and for a period of twenty-four (24) months after the date of termination of employment from engaging in competition with the Company. The Restrictive Covenant/Confidentiality Agreement further requires Mr. Wilson to protect and not use or disclose the Company's confidential information. We assume that Mr. Wilson made you aware of these obligations. In any event, through this letter, you are hereby on notice of Mr. Wilson's obligations. Although Mr. Wilson is undoubtedly aware of the existence of the Restrictive Covenant/Confidentiality Agreement, the Company has also reminded Mr. Wilson of the same.

While the Company's values its long-standing relationship with Pi Kappa Phi, we expect Pi Kappa Phi to cure its material breaches **no later than seven (7) days from receipt of this letter** by written agreement. As such, we hereby demand that you immediately agree to return the Company to food service in the Pi Kappa Phi chapter for a period beginning in January 2020 and ending in May 2021. If Pi Kappa Phi so agrees and, if Mr. Wilson is amenable, the Company will re-hire Mr. Wilson so that he may continue working at Pi Kappa Phi as an employee of the Company.

If Pi Kappa Phi does not provide such written assurances, the Company shall be forced to consider all of its legal remedies available to it under the Agreement and/or common law.

**EXHIBIT B**

The Company's investigation of the foregoing is ongoing. Because the Company is contemplating legal action, you have a legal obligation to take immediate steps to preserve evidence regarding the foregoing, including communications between Pi Kappa Phi, and any of its members, Housing Corporation Board or affiliated parties, with the Company and/or Mr. Wilson. This request is for the period beginning on January 1, 2019, and should be treated as ongoing in nature. Please note that, in the event that a lawsuit is filed, the Company will seek all potentially relevant documents, records, and information that exist both in hard copy and electronic form, along with information about these documents.

This letter does not contain a complete statement of the facts or law relating to this matter, nor a waiver of any rights, claims or defenses—all of which the Company reserves.

If you would like to discuss this matter, please contact me at (312) 807-4341.

Very truly yours,

*Nicole C. Mueller*

Nicole C. Mueller

Enclosure

4

**EXHIBIT B**



# Food Service Agreement

**Pi Kappa Phi** | **Alabama**

FSA Created By: Kirstin Ashman | 217.552.2099

| | |
|---|---|
| Current Date: 2/6/15 | 1st Day of Service: Wednesday, August 17, 16 |
| House: Pi Kappa Phi | Contact: Hamilton Hurd |
| School: Alabama | Position: Chapter President |
| City, State & Zip: Tuscaloosa, AL, 35401 | Phone: 205-242-2964 |
| Address: 130 University Blvd | Email: hwhurd@crimson.ua.edu |
| | Initial Term/Year: Fall 2016 |

| College Chefs' (aka CC) Service Description | Projected # of Members (Primary): 150 | Projected Meal attendance will be for the 'Primary' number indicated to the left plus any members outlined in the service description below (if any). |
|---|---|---|

| Days/Time of Service: | Hot Breakfast: 7am-9:30am | Lunch: 11:30am-1:30pm | Dinner: 5:30pm-6:30pm |
|---|---|---|---|

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Hot Breakfast: | | X | X | X | X | X | |
| Lunch: | | X | X | X | X | X | |
| Dinner: | X* | X | X | X | X | | |

'X' denotes service

**Meal/Menu Description:** Standard lunch & dinner is served buffet style and a custom weekly menu is developed for the chapter based on the chapter's particular tastes and desires (where applicable, this also applies to hot breakfast). Sample menus can be viewed at www.collegechefs.com/Menus. "Late Plate" service is standard with advance notice. To-Go options and Sack Lunches are not included as part of service.

**Chapter Dinner & Guest Policy:** Chapter dinner is to be a standard dinner to be provided for members on contract. Unless otherwise noted, special arrangements (ie: servers or dining room set-up) are chapter responsibility. Guest meals are not included by default and College Chefs will prepare meals for the stated number of members described in the agreement.

**Salad:** Gold — A rotation of items like fresh tomatoes, lettuce, green peppers, cucumbers, carrots, mushrooms, watermelon, strawberries, pineapple, and other fruits & vegetables will be brought into the house on a daily basis. College Chefs' staff will wash, slice, and chop these items providing fresh fruit and a salad bar as a complement to lunch & dinner.

**Breakfast:** Gold + Hot Breakfast — Cereal (2-3 different types) with whole fruit such as apples, bananas, and oranges will be provided for members. In addition, members will have access to an assortment of bagels with cream cheese and other condiments.

**24hr Snacks:** Gold $25 / term per member — In addition to having 24-hour access to fresh fruit, bread, and PB&J, the chapter has selected a premium snack package to be delivered on a regular basis (described below in a weekly allotment). The snack package will be pre-determined and can be changed only periodically. Changes to the snack package are NOT to be handled by the Chef, but rather email snacks@collegechefs.com for more information. Product availability varies by geographic region.

**Beverages:** Gold + Gatorade — On days of service, 2 types of white milk, and Juice will be provided for house members. For Lunch & Dinner either iced tea or iced fruit infused water.

**Juice Details:** 2 types of juice available for hot breakfast only. Gatorade available 24/7 although College Chefs staff will not be on site to restock; amount of Gatorade product provided is capped at up to $200/week. Basic coffee & coffee service available for hot breakfast and self-brew. Nestle espresso machine will be provided.

**Dessert:** Platinum — A freshly made dessert will accompany three meals per week.

**Cleaning Service:** Platinum — As the most full service option, College Chefs will be responsible for cleaning up the dining hall following lunch & dinner. In addition to maintaining a clean kitchen, College Chef's staff will wash all dishes and silverware, breakdown any serving tables, and manage the storage of leftovers. Chapter will have very limited responsibility for cleaning the dining hall immediately following hot breakfast (if applicable), lunch, & dinner service although dining room floor is a shared responsibility & wall cleaning is a chapter responsibility. Cleaning of the dining hall outside of post-meal cleanup is not in the scope of College Chefs' services and is a chapter responsibility. | College Chefs will provide Dish Machine Chemicals. | A member of College Chefs' staff will remain at the chapter through the stated end of dinner time and including a sufficient amount of time thereafter to provide for a thorough cleaning of the facility as described. | In cases where a service is altered beyond a standard meal, College Chefs cleaning service is subject to change & limitation.

**Pre-Paid Events:** $0

**Special Instructions:**
College Chefs will include the cost of tailgates for 7 home football games for up to 300 people per game. BBQ items such as hamburgers and pulled pork will be provided along with items like coleslaw, potato salad, etc for tailgates. *On the weekends that there aren't tailgates, College Chefs will provide a Sunday night dinner the entirety of the school year.

Pre-semester service is **not** included (ie: Recruitment, WorkWeek, Pre-semester Rush). Service will start on the first day of class.

| | $/Term | # of Members | Term Subtotal | # of Terms | Initial Academic Year: |
|---|---|---|---|---|---|
| Primary Meal Plan Rate: | $970.00 | 150 | $145,500.00 | 2 | $291,000.00 |
| Secondary Meal Plan: | $0.00 | 0 | $0.00 | 2 | $0.00 |
| Tertiary Meal Plan: | $0.00 | 0 | $0.00 | 2 | $0.00 |
| Additional Snack Charges: | $25 | 150 | $3,750 | 2 | $7,500 |
| Prepaid Events: | $0.00 | N/A | $0.00 | N/A | $0.00 |
| | | Term Total: | $149,250.00 | Initial Academic Year Total: | $298,500.00 |

Contract price INCLUDES any applicable taxes and is on a per-term basis. Contract minimum is 130 members.

After the deposit (if applicable), the first payment of $32511.11 is due on 08-15-2016. See Page 3 for Additional Payment Details.

Unless other arrangements are made, meal service is typically suspended on Official University Holidays.

Page 1 of 4  Initial Here: wd

*TMJ  DT  TMJ*

**EXHIBIT B**

**Service Includes:**
- All food and labor costs. Upkeep of kitchen following daily, weekly, and monthly duties.
- Responsibilities for College Chefs staff include food preparation, washing of pots & pans, cleaning of cooking areas and surfaces, cleaning of beverage machines, mopping of kitchen, removal of trash from kitchen and due to food preparation.
- College Chefs assumes liability for its employees. College Chefs adheres to all public health guidelines and regulations.
- College Chefs will accommodate for most dietary restrictions such as vegetarian, kosher, lactose intolerance, and gluten-free. However, because College Chefs does not own the facility, coupled with the uncontrolled nature of fraternity/sorority chapter houses in which it operates, College Chefs cannot be liable for peanut, treenut, shellfish, or any other life-threatening allergies.
- College Chefs may require documentation for certain dietary requests such as gluten-free.
- Late Plate service is standard and is included. Late Plates are defined as a serving of the normal lunch or dinner option served for a given meal. Members are required to sign up in advance of meal service for a Late Plate to be portioned off and reserved for the member. Sack Lunch or to-go meal services are NOT included unless otherwise noted.

**Chapter Responsibilities:**
- All paper products not related to food preparation area and food preparation itself (such as toilet paper, napkins, hand towels).
- Provide all utilities, appliances, cooking & serving equipment including any maintenance & repair; ensure that all equipment and kitchen is ready to go prior to the start of the academic year. Where service is not possible due to chapter & chapter facility not meeting requirements, no refund is offered.
- Provide a basic first-aid kit. Provide access to laundry machine or provide towel service in lieu of. Provide access to WiFi.
- If using College Chefs, coordinate Special Events/Philanthropies with College Chefs' Special Event Coordinator and adhere to College Chefs' guidelines.
- House will pay the difference if it so chooses to use disposable plates, cups, clamshells, takeout foam, and/or silverware.
- Cleaning supplies necessary for areas excluding food preparation area -- such as soaps, polish, garbage bags.
- ~~Provide parking for College Chefs' staff. Provide parking pass for College Chefs' staff if parking on site is not available.~~ College Chefs will provide parking for all members of College Chefs staff.
- House will adhere to clean-up guidelines laid out on Page 1 of this FSA. Chapter not meeting clean-up responsibilities may result in a delay or suspension of service with no refund offered.
- Where chapter is providing staff (ie: Hashers, "House Boys", Servers) for special event set-up, chapter dinner clean-up, after-meal/event clean-up, etc., chapter is responsible for sourcing and managing that staff.
- Where applicable, chapter will acquire appropriate kitchen certification from local municipalities.
- Chapter agrees not to disclose this document or financial details with College Chefs' staff.

**Additional Details:**
- Unless other arrangements are made with College Chefs, meal service begins on the first day of the term and ends on the last day of the term (including finals week) as defined by the College/University and is exclusive of official university holidays, vacations, and breaks.
- **Meal times are not easily changed once a service agreement has been finalized.** Initial Here: wd
- Unless otherwise noted, College Chefs staff will not be present for Continental Breakfast as it is typically restocked the previous day. Where continental breakfast is the first "meal" of the week, College Chefs may request chapter designee to unlock or put out Continental Breakfast the evening prior so that it is available in the early morning. | Generally speaking, snacks items and items such as milk are intended to be stocked for days of service only (unless otherwise spelled out in this agreement). | Milk is provided on days of service only unless otherwise noted. Milk consumption is expected to not exceed 1.2 gallons/week per full mealplan on contract.

- The number of members is subject to change with advance notice to College Chefs, LLC's Champaign office before the beginning of the Fall or Spring semester or 30 days before the next monthly billing installment due date. Roster changes are subject to the minimum indicated on page 1.
- Gender of College Chefs' staff may be male or female.
- Unless otherwise noted, catering services for special events (parent's weekend, homecoming, initiation dinner, etc.) are not included. Special events menus and pricing will be negotiated in advance. All payments for special events (with the exception of optional tips/gratuities) should be made directly to College Chefs office in Champaign, IL. College Chefs requests a limit of 2 Special Events per year where event date falls on a day where there is usually no service unless arrangements are made prior to the academic year. College Chefs requests a 6-week notice for all special events that fall on days of no service.

- This agreement will remain in effect for the remainder of the initial academic year with an auto-renewal included for consecutive academic years. Parties must notify the other by April 1st prior to the next academic year if they so choose not to renew for the next academic year. College Chefs will not increase price more than the USDA's Consumer Price Index (CPI for Food -- on average less than 3% since the year 2000). Price increase may occur without advanced notice.

Pi Kappa Phi    Alabama

Page 2 of 4    Initial Here: wd

EXHIBIT B

| Total Charge for: | | Payment Information for the initial year of service: |
|---|---|---|
| Two Terms | $291,000.00 | # of Remaining Payments: 9 |
| | | Payment Amount: $32,611.11 |
| Pre-Paid Events | $0.00 | |
| Snack Charges: | $7,500.00 | 1st Payment Due on: August 15, 2016 |
| | | 2nd Payment Due on: September 15, 2016 |
| | | Last Payment Due on: April 15, 2017 |
| | | Until further notice: please send all payments to College Chefs' address listed near the bottom of Page 3. |
| Deposit: | ($5,000.00) | Unless other arrangements are made with College Chefs monthly payments are due on |
| Remaining Balance: | $293,500.00 | corresponding day for each month in between 2nd and last payment. A 1% per day fee may be applied to any late payments. |

Special Notes or Arrangements:

Following the initial year of service, the first payment for the academic year is generally due 30-days prior to the start of the semester.

EMPLOYEES OF COLLEGE CHEFS LLC: Fraternity/Sorority Chapter acknowledges that all employees of College Chefs, LLC, who perform work for Fraternity/Sorority Chapter under this agreement, are in fact employees of College Chefs, LLC. Fraternity/Sorority Chapter, including its members, corporation board and any affiliated parties agree that the term of this agreement and until one calendar year after the end of the academic year in which this agreement is terminated, neither Fraternity/Sorority Chapter nor any of its members, corporation board or affiliated parties, including any companies and business entities which contract with Fraternity/Sorority Chapter to provide any food management services, will hire or retain any person who is or has been employed by College Chefs, LLC to provide services under this contract at any time during the academic year of this contract or was employed by College Chefs, LLC during the preceding academic year whether or not the employee provided services to that Fraternity/Sorority Chapter during that preceding year. If Fraternity/Sorority Chapter breaches any obligation contained in this paragraph, Fraternity/Sorority Chapter shall be liable to and shall pay College Chefs, LLC on demand, damages in the amount of $45,000 for each employee with respect to whom such breech shall occur, it being mutually agreed that the actual damages which would be sustained by College Chefs, LLC as the result of such breach would be, from the nature of the case, impractical or extremely difficult to fix, and the aforesaid liquidated amount is fair and reasonable. Fraternity/Sorority Chapter will be liable for all of its obligations notwithstanding that the subject employee has not been hired or directly retained by the Fraternity/Sorority Chapter.

FORUM SELECTION: Any and all disputes arising out of, in connection with, or relating to this food service agreement and/or the transactions and relationships among the associated parties and parties contemplated by this agreement shall be governed by ~~Illinois~~ Alabama law, and shall be decided solely and exclusively by State or Federal courts located in Champaign County, Illinois.

Accepted By:
Pi Kappa Phi
Alabama

*Walt Dendy*
Walt Dendy (Jul 21, 2016)

Signature **Please sign above and initial at the bottom of each page.

Walt Dendy
Printed Name

Date: Jul 21, 2016

President Omicron Club
Title

This agreement is with:
College Chefs LLC
currently located at:
411 E Park Street #100
Champaign, IL 61820


wd

Page 3 of 4

Initial Here: _____

TMJ   DT   TMJ

EXHIBIT B



Any changes or requests to alter the composition of the snack package are to be directed to snacks@collegechefs.com -- Please include the chapter name and university in the subject line of the email. PLEASE DO NOT CONTACT THE CHEF FOR CHANGES TO THE WEEKLY SNACK SUPPLY.

## Weekly Snack Supply

| Pi Kappa Phi | Alabama | # of members: | 150 |
| --- | --- | --- | --- |
| | | Charge per term/person: | $25.00 |

| Type of Snack (Units per Case) | # Units/Case | # Cases | # of Units |
| --- | --- | --- | --- |
| College Chefs' Brand Peanut Butter Pretzel (25) | 25 | 0 | 0 |
| College Chefs' Brand Yogurt Pretzel & Blueberry Mix (25) | 25 | 0 | 0 |
| College Chefs' Brand Granola Almonds & Cranberry Mix (25) | 25 | 1 | 25 |
| College Chefs' Brand Sour Gummies (25) | 25 | 0 | 0 |
| Snyders Mini Pretzels (48) | 36 | 1 | 36 |
| Frito-Lay Variety Mix (50) | 50 | 2 | 100 |
| Nature Valley Sweet/Salty Granola Bars (30) | 30 | 0 | 0 |
| Austin's PB Sandwhich Crackers (45) | 45 | 0 | 0 |
| Quaker Chewy Granola Bars Variety Pack (48) | 48 | 2 | 96 |
| Kellogg's Mixed Berry Fruit Snacks (70) | 70 | 2 | 140 |
| Planters Salted Peanuts (48) | 48 | 2 | 96 |
| ACT II 3oz Popcorn bags (28) | 28 | 1 | 28 |
| Slim Jim Smoked Snacks (100) | 100 | 2 | 200 |
| Austin Zoo Animal Crackers (36) | 36 | 0 | 0 |
| ChezIt Crackers 1.5oz (36) | 36 | 1 | 36 |
| Rice Krispies Variety Pack (40) | 40 | 2 | 80 |
| Maruchan Instant Lunch Chicken Flavor in cup (24) | 24 | 0 | 0 |
| Ramen Noodles (36) | 36 | 0 | 0 |
| Kraft Easy Mac (18) | 18 | 0 | 0 |
| Chef Boyardee Beef Ravioli 15oz cans (10) | 10 | 0 | 0 |
| Campbells Chicken Noodle Soup (12) | 12 | 0 | 0 |
| Campbells Tomato Soup (12) | 12 | 0 | 0 |
| Motts Apple Sauce Variety Pack (36) | 36 | 0 | 0 |
| Del Monte Lite Fruit Cups Variety (24) | 24 | 0 | 0 |
| Yoplait Light Yogurt Variety Pack 6oz cups (18) | 18 | 0 | 0 |
| Yoplait Greek Blended Yogurt, Variety Pk 5.3 oz. cups (18) | 18 | 0 | 0 |
| Nature Valley Dark Chocolate Granola Thins (36) | 36 | 0 | 0 |
| Kellogg's Pop Tarts Frosted Strawberry 2pk (x18 2pks) | 36 | 0 | 0 |
| Kellogg's Pop Tarts Frosted Brown Sugar 2pk (x18 2pks) | 36 | 0 | 0 |
| Quaker Instant Oatmeal Variety Pack (52) | 52 | 0 | 0 |
| Gourmet Vegetable Tray 4lbs w/ Ranch (~12 servings) | 12 | 0 | 0 |
| Santa Fe Tortillas, Whole Grain (20ct) | 20 | 0 | 0 |
| Oscar Meyer Ham & Turkey 6in. Sub Kit (16) | 16 | 0 | 0 |

College Chefs will supply snacks. Rationing of snacks is typically a chapter responsbility.

| | |
| --- | --- |
| Total # of Snack Units per Week: | 837 |
| Approximate weekly snack items per person: | 5.6 |

*Due to variables in the marketplace some brands and/or items listed above may not be readily available 100% of the time, however a similar product or item will be provided. In a case where snack service is not available, College Chefs will refund chapter pro-rated snack fees.

It is possible that, snacks may be delivered to the house on a monthly or bi-weekly basis. In cases where snacks are not supplied weekly an increased amount will be supplied to offset the difference.

Page 4 of 4

Initial Here: wd

TMJ   DT   TMJ

EXHIBIT B