IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COLLEGE CHEFS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-cv-02101 |
| THE OMICRON CLUB INC. d/b/a PI KAPPA PHI FRATERNITY, | ) ) ) ) |
| Defendant. | ) |

## CITATION TO DISCOVER ASSETS

**To:   THE OMICRON CLUB INC. d/b/a PI KAPPA PHI FRATERNITY, defendant
By: David A. Richardson, registered agent, 2618 8th St., Tuscaloosa, AL, 35401.**

YOU ARE COMMANDED to appear before the United States District Court for the Central District of Illinois, Urbana, Illinois, on **January 14, 2021 at 2:00 p.m.**, to be examined under oath concerning the property or income of or indebtedness due COLLEGE CHEFS, LLC.

Judgment was entered on October 15, 2020. The original judgment of $45,000.00, plus statutory 9% interest remains unsatisfied.

YOU ARE COMMANDED to produce at the examination: (see Exhibit A attached hereto) and all books, papers, or records in your possession or control that may contain information concerning the property income of or indebtedness due judgment debtor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of or interfering with any property not exempt from execution or garnishment belonging to the judgment debtor or to which debtor may be entitled or that may be acquired by or become due to debtor and from paying over or otherwise disposing of any money not so exempt that is due or becomes due to debtor, until the further order of Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

Witness:____12/14_____, 20_20_          _____
                                          Clerk of the Circuit Court

CERTIFICATION OF ATTORNEY FOR JUDGMENT CREDITOR

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true:

Judgment in the above captioned case was entered in favor of Plaintiff and against Defendant on the 15th day of October, 2020 in the amount of $45,000.00.

/s/ Casey R. Bales
Attorney for Judgment Creditor
Richard R. Harden, ARDC #6185447
Casey R. Bales, ARDC #6329412
THOMAS MAMER LLP
30 Main Street, Suite 500, P.O. Box 560
Champaign, IL 61824-0560
T: 217-351-1500; F: 217-351-2017
RRH@thomasmamer.com
CRB@thomasmamer.com
Cheri@thomasmamer.com

Nicole C. Mueller
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
(312) 807-4294
Nicole.mueller@klgates.com
*Attorneys for Plaintiff*

EXHIBIT A

YOU ARE COMMANDED to bring to the examination all books and records of income and property including, but not limited to:

1. Corporate minute book.

2. Stock transfer records.

3. Loan documents.

4. Payroll and accounts receivable records.

5. Three years of bank statements.

6. The check ledger for the past three years.

7. Title papers to any real estate and motor vehicles.

8. All operating agreements, partnership agreements, and records of partnership of which you have been a member for the prior two calendar years.

9. A complete inventory and list of all fixtures and equipment.

10. All state and federal tax forms and all schedules filed for the past two calendar years and tax statements filed during the same period.

11. All cash that you have in your possession including any funds located anywhere that are in currency, coin, or precious metal.

12. All records, notes, and IOUs for persons that owe you money.

13. All Quickbooks or other accounting software reports, records, or summaries you have kept for the last 2 years, in physical or digital format.

14. All documents relating to the sale of the entity, its stock, corporate liabilities, or

    corporate assets to any other entity.

15. All documents relating to the assignment or assumption of contractual obligations to or

    from any other entity.